**Anthony BOYD, Petitioner—Appellant,**

v.

**Terry O'BRIEN, Warden, Respondent— Appellee.**

No. 08–7054.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 20, 2008.

Decided: Nov. 26, 2008.

Anthony Boyd, Appellant Pro Se.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Boyd, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Boyd v. O'Brien,* No. 7:08–cv–00289–gec–mfu, 2008 WL 2074073 (W.D.Va. filed May 13, 2008, entered May 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*